THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORACE E. DEMING, as Executor of GEORGIANNA B. WRIGHT, Appellant, *v.* WALTER W. LAW, JR., et al., Constituting the STATE TAX COMMISSION, Respondents.

*Tax — when income tax properly assessed against income of estate received during administration even though it eventually passes under the will to an educational institution.*

*People ex rel. Deming* v. *Law*, 202 App. Div. 863, affirmed.

(Argued November 21, 1922; decided December 12, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 6, 1922, which unanimously confirmed, on certiorari, a determination of the state tax commission imposing an income tax upon the estate of Georgianna B. Wright, deceased. The executor contended that as to that part of the income which would eventually pass, under the will, to an educational institution, no income tax was assessable under subdivision 2g of section 359 of the Tax Law. It was held that as to income received during the period of administration within the year allowed for settlement of the estate a tax was properly imposed.

*Heber Smith* for appellant.

*Charles D. Newton, Attorney-General (James S. Y. Ivins* and *Laurence Graves* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND and ANDREWS, JJ. Dissenting: CARDOZO, MCLAUGHLIN and CRANE, JJ.

---

BEATRICE P. NUGENT, Respondent, *v.* WILLIAM E. SMITH et al., Appellants.

*Pleading — when complaint in action for specific performance of contract executed by defendant as inducement to plaintiff to refrain from giving information as to his marriage states cause of action.*

*Nugent* v. *Smith*, 202 App. Div. 739, affirmed.

(Argued November 21, 1922; decided December 12, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1922, which affirmed an order of